**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Jerry Vandiver,

Plaintiff,

Case Number: 26-cv-10287
Honorable Jonathan J.C. Grey

v.

Korte, *et al.*,

Defendants.
_____________________________________/

**OPINION AND ORDER DENYING PLAINTIFF'S MOTIONS TO ENFORCE MEDIATION SETTLEMENT AND JUDGMENT (ECF Nos. 18, 20)**

Before the Court are pro se Plaintiff Jerry Vandiver's motions to enforce the parties' mediation settlement, mailed July 22 and July 24, 2026, respectively. (ECF Nos. 18, 20.) On July 14, 2026, Magistrate Judge Kimberly G. Altmen held a pro se prisoner early mediation conference, during which a settlement was reached among the parties. On July 31, 2026, Defendants filed a response to Vandiver's motions, wherein they certify that: (1) "[o]n July 28, 2026, the settlement proceeds were posted to [Vandiver's] prisoner account," and (2) "[o]n July 30, 2026, Defendants' counsel spoke with [Vandiver] and confirmed that [Vandiver] did receive the settlement proceeds." (ECF No. 21, PageID.183.) Accordingly, based

on the above representations, the Court **DENIES** Vandiver's motions to enforce as **MOOT**. (ECF Nos. 18, 20.)

**SO ORDERED.**

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

Date: August 5, 2026

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 5, 2026.

s/ S. Osorio
Sandra Osorio
Case Manager